[No. 35243-1-I.    Division One.    May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GLYNDA EDMONDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01525-3, Richard M. Ishikawa, J., entered September 12, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster, J., and Thorpe, J. Pro Tem.

[No. 36044-2-I.    Division One.    May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUANITA JIMERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06721-1, Patricia H. Aitken, J., entered January 31, 1995. *Reversed* by unpublished per curiam opinion.

[No. 35273-3-I.    Division One.    May 28, 1996.]

CHARLES E. KESSLER, ET AL., *Appellants*, v. JEFFREY A. LONE, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 92-2-17485-5, Sally Phillips Pasette, J., entered June 28 and August 8, 1994. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Cox and Ellington, JJ.

[No. 36217-8-I.    Division One.    May 28, 1996.]

ROBERT WILSON, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-18418-4, James D. McCutcheon, Jr., J., entered November 28, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Agid, JJ.